■ HARRY APKARIAN, Appellant, v. MARIE APKARIAN, Respondent.— Motion for reargument granted, without costs, and upon reargument, original decision adhered to. Herlihy, P. J., Greenblott, Cooke, Sweeney and Reynolds, JJ., concur.

■ In the Matter of NEW ROCHELLE WATER COMPANY, Petitioner, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent. Motion granted, without costs, and opinion and decision dated March 13, 1972 (38 A D 2d 375) amended and order entered April 27, 1972 resettled to provide: " Determination modified, on the law, so as to delete that part which determined petitioner's prospective revenue to include $164,300 attributable to increased capacity, and matter remanded to the Public Service Commission for further proceedings not inconsistent with the opinion herein, with costs." Motion for a stay of order of Public Service Commission dated May 9, 1972 denied, without costs. Settle order on notice. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.